UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS

No. 6:21-cv-00347

**George Spencer,**
*Plaintiff,*

v.

**Tom Selgas et al.,**
*Defendants.*

# ORDER

Plaintiff George Spencer initiated this action in state court asserting a claim concerning patent application rights. The action was removed to federal court and was referred to United States Magistrate Judge K. Nicole Mitchell. Docs. 1, 3.

The magistrate judge issued a report recommending that the motion to dismiss Gregg Carr be granted. Doc. 83. No party objected to the report and recommendation. When a party fails to object to a magistrate judge's report, the court reviews the record only for clear error. *See Douglass v. United Servs. Auto. Ass'n*, 79 F.3d 1415, 1420 (5th Cir. 1996).

Having reviewed the magistrate judge's report, and being satisfied that it contains no clear error, the court accepts its findings and recommendation. The court grants the motion to dismiss (Doc. 67) and dismisses all claims against Greg Carr without prejudice.

*So ordered by the court on March 21, 2022.*

J. CAMPBELL BARKER
United States District Judge